**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Stephanie J. Quincy (#014009)
Stephanie.Quincy@quarles.com
Lindsay J. Fiore (#026382)
Lindsay.Fiore@quarles.com
*Attorneys for Defendant Dignity Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmitt Thompson,<br><br>          Plaintiff,<br><br>vs.<br><br>Dignity Health,<br><br>          Defendant. | NO. 2:17-cv-01607-JJT<br><br>**DEFENDANT DIGNITY HEALTH'S NOTICE OF SERVICE OF DEFENDANT'S RULE 26(A) SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

    Defendant Dignity Health, by and through undersigned counsel, hereby gives notice that it served upon Plaintiff its Rule 26(A) Second Supplemental Disclosure Statement by email and first class mail on November 30, 2017.

    RESPECTFULLY SUBMITTED this 30th day of November, 2017.

                            QUARLES & BRADY LLP
                            Renaissance One
                            Two North Central Avenue
                            Phoenix, AZ 85004-2391


                            By  */s/ Lindsay J. Fiore*
                                  Stephanie J. Quincy
                                  Lindsay J. Fiore
                            *Attorneys for Defendant Dignity Health*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following:

>Nathan M. Smith
>ARIANO & ASSOCIATES
>7600 North 15th Street, Suite 150
>Phoenix, Arizona 85020
>Nathan@Ariano.legal
>*Attorney for Plaintiff*

  /s/ Sarah A. Haddix
*An employee of Quarles & Brady LLP*