**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Stephanie J. Quincy, SBN 014009, QuincyS@gtlaw.com
Lindsay J. Fiore, SBN 026382, FioreL@gtlaw.com
*Attorneys for Defendant Dignity Health*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmitt Thompson, | No. 2:17-cv-01607-ROS |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM ADDRESS AS TO SUITE NUMBER ONLY** |
| vs. | |
| Dignity Health, | |
| Defendant. | |

Notice is hereby given that the suite number has changed for the law firm of Greenberg Traurig, LLP. Counsel's email addresses and the firm's telephone number remain the same. Counsel respectfully requests that the Court, all counsel of record, and all parties in interest take notice of the following new suite number information.

Stephanie J. Quincy
Lindsay J. Fiore
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
QuincyS@gtlaw.com
FioreL@gtlaw.com

ACTIVE 60719129v1

1  RESPECTFULLY SUBMITTED this 14th day of October 2021.

2  **GREENBERG TRAURIG LLP**

4  By: */s/ Lindsay J. Fiore*
   Stephanie J. Quincy
5  Lindsay J. Fiore
   *Attorneys for Defendant Dignity Health*

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

*ACTIVE 60719129v1*

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on October 14, 2021, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system for filing, which sent notification of such filing to all parties of record.

By: */s/ Barrie Peagler*
     Employee of Greenberg Traurig, LLP